|     |     |
| --- | --- |
| 1   | JOSHUA E. KIRSCH (179110) |
|     | JOSHUA A. SOUTHWICK (246296) |
| 2   | GIBSON ROBB & LINDH, LLP |
|     | 100 First Street, 27th floor |
| 3   | San Francisco, California 94105 |
|     | Telephone: (415) 348-6000 |
| 4   | Facsimile: (415) 348-6001 |
|     | Email: jkirsch@gibsonrobb.com |
| 5   | Email: jsouthwick@gibsonrobb.com |
| 6   | Attorneys for Plaintiff |
|     | ZURICH AMERICAN INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZURICH AMERICAN INSURANCE COMPANY, a corporation, | ) Case No. C09-02313 MEJ ADR |
| --- | --- |
| Plaintiff, | ) **STIPULATION RE DISMISSAL** |
| v. | ) |
| ESTES EXPRESS LINES, a corporation; and DOES ONE through TEN, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff ZURICH AMERICAN INSURANCE COMPANY and defendant ESTES EXPRESS LINES, through their respective counsel of record, that a settlement agreement has been reached by and between said parties; that the terms of said settlement agreement have been satisfied; and that the entire case may now be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: December 11, 2009               GIBSON ROBB & LINDH LLP

By:_____
Joshua A. Southwick
Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE COMPANY

1 | Dated: November 5, 2009

By: _____
Grover A. Perrigue, III
Attorneys for Defendant
ESTES EXPRESS LINES

**GRANTED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of GIBSON ROBB & LINDH LLP, 100 First Street, 27th Floor, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action. I am readily familiar with the practice of GIBSON ROBB & LINDH LLP with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. The below-described document will be deposited in the ordinary course of the business of GIBSON ROBB & LINDH LLP with the United States Postal Service on the same date as I sign this document. On December 11, 2009, I served the within **STIPULATION RE DISMISSAL** in said action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid addressed as follows:

Grover A. Perrigue, III, Esq.
221 East Walnut St., Suite 155
Pasadena, CA 91101-1554

*Co-Counsel for Defendant*
**ESTES EXPRESS LINES**

Following the ordinary business practices of GIBSON ROBB & LINDH LLP, I placed the aforesaid envelope in the place for collection and mailing on the date specified.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 11, 2009, at San Francisco, California.

_T. Lianne Jitodai_

PROOF OF SERVICE re: Stipulation re Dismissal
Case No. C09-02313 MEJ ADR; Our File No. 5719.59

- 3 -